## Commonwealth v. Williams, Appellant.

Argued March 13, 1972. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and PACKEL, JJ.

*Arthur K. Dils,* for appellant.

*Marion E. MacIntyre,* Deputy District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION BY HOFFMAN, J., June 16, 1972:

This appellant was the co-defendant of Thomas Frederick Culpepper, whose appeal was decided this even date. The appeals of the two defendants are identical, and for the reasons stated in *Commonwealth v. Culpepper*, 221 Pa. Superior Ct. 472, 293 A. 2d 122 (1972), we believe that appellant was placed twice in jeopardy for the same crime.

Therefore, the judgment of sentence is vacated, and appellant is discharged.

WRIGHT, P. J., would affirm on the opinion of President Judge KREIDER.

WATKINS and JACOBS, JJ., dissent.